IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON BRIAN HULL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-13-67-D |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT AND ORDER OF REMAND**

Upon review of the file, and noting no timely objection to the findings of United States Magistrate Judge Charles B. Goodwin pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72, the Court adopts the Report and Recommendation [Doc. No. 21]. For the reasons stated therein, the Court enters judgment in favor of Plaintiff Jason Brian Hull. The Commissioner's decision is REVERSED pursuant to 42 U.S.C. § 405(g), and the case is REMANDED for further administrative proceedings, consistent with the Report and Recommendation, to properly evaluate the medical opinions of a treating physician pursuant to 20 C.F.R. § 404.1527(c), and to consider Plaintiff's residual functional capacity in light of the entirety of the medical opinion evidence.

Entered this 31st day of March, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE